JS-6

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
　　　1200 United States Courthouse
　　　312 North Spring Street
　　　Los Angeles, California 90012
　　　Telephone: (213) 894-0721
　　　Facsimile: (213) 894-0141
　　　E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>AHMET SEÇKİN ÖNOĞLU,<br><br>　　　A Fugitive from the<br>　　　Government of the<br>　　　Republic of Türkiye. | No. 2:25-cv-07724-SRM-JC<br><br>[~~Proposed~~] CERTIFICATION OF<br>EXTRADITABILITY AND ORDER OF<br>COMMITMENT |

The Court has received the Complaint filed on May 7, 2025, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of the Republic of Türkiye ("Turkey"), for the provisional arrest and extradition of AHMET SEÇKİN ÖNOĞLU. The Government of Turkey, subsequent to that date, made a formal request for the extradition of AHMET SEÇKİN ÖNOĞLU. The Court has also received an Affidavit of Consent to Extradition, dated September 24, 2025, executed by AHMET SEÇKİN ÖNOĞLU and witnessed by his attorney, Deputy Federal Public Defender Jaya C. Gupta (Docket No. 27).

On October 1, 2025, AHMET SEÇKİN ÖNOĞLU appeared before the Court in open session, accompanied by his attorney, and in the presence of Assistant United States Attorney John J. Lulejian. The Court addressed AHMET SEÇKİN ÖNOĞLU and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as AHMET SEÇKİN ÖNOĞLU has conceded that he is extraditable on the charge for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending arrival of duly authorized representatives of the Government of Turkey to effect his transfer to Turkey, the Court finds on the basis of the record herein and the representations of AHMET SEÇKİN ÖNOĞLU and counsel that:

1. The undersigned judicial officer is authorized under 18 U.S.C. § 3184 to conduct an extradition hearing;

2. The Court has personal jurisdiction over AHMET SEÇKİN ÖNOĞLU and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the Government of the United States and the Government of Turkey: the Treaty on Extradition and Mutual Assistance in Criminal Matters Between the United States of America and the Republic of Turkey, U.S.-Turk., June 7, 1979, 32 U.S.T. 3111 (the "Extradition Treaty");

4. AHMET SEÇKİN ÖNOĞLU was charged in Turkey with Aggravated Sexual Assault, in violation of Articles 102/2, 102/5, 62, and 63 of the Turkish Penal Code No. 5237;

5. This charge constitutes an extraditable offense within the meaning of Article 2 of the Extradition Treaty;

6. Turkey seeks the extradition of AHMET SEÇKİN ÖNOĞLU to serve a sentence; and

7. AHMET SEÇKİN ÖNOĞLU has stipulated that there is probable cause to believe that he committed the offense for which extradition is sought.

Based on the foregoing, the Court concludes that AHMET SEÇKİN ÖNOĞLU is extraditable for the offense for which extradition was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that AHMET SEÇKİN ÖNOĞLU be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of duly authorized representatives of Turkey, at which time AHMET SEÇKİN ÖNOĞLU, together with any evidence seized incidental to his arrest and sought by the Government of Turkey, will be transferred to the custody of such authorized representatives of Turkey at such time and place as

\\
\\
\\
\\

mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Turkey to be transported to Turkey.

 IT IS SO ORDERED.

 Dated this 1st day of October, 2025.

                _____
                HONORABLE JACQUELINE CHOOLJIAN
                United States Magistrate Judge

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney